**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-22496-LEIBOWITZ**

**ERNESTO DELGADO DUARTE**,

     *Petitioner*,

*v.*

**MIAMI ICE FIELD OFFICE DIRECTOR**,

     *Respondent.*

_____/

**ORDER**

     **THIS CAUSE** comes before the Court on Petitioner's Petition for Writ of Habeas Corpus (the "Petition") [ECF No. 1], filed on April 10, 2026.  Petitioner is currently being detained by Respondent at an ICE-ERO at a contract facility operated by the GEO Group, Inc., in Pompano Beach, Florida.  [*Id.* ¶ 6].  Upon due consideration it is hereby **ORDERED AND ADJUDGED** as follows:

1. Any removal proceedings to which Petitioner is now or may be subjected shall be **ADMINISTRATIVELY STAYED** pending the resolution of the Petition.  Respondent Walker **SHALL NOT** transfer or remove Petitioner outside of the geographical boundaries of the Southern District of Florida during the pendency of these proceedings and until further Order of this Court.

2. Respondent shall file a response to the Petition no later than **April 18, 2026**.  Petitioner may file a reply no later than **April 21, 2026**.

3. Petitioner shall provide Respondent's counsel with a copy of this Order **no later than April 15, 2026**, and shall file a notice with the Court certifying the same.  Counsel for Respondent shall *immediately* notify the Court upon receipt of this Order of the name

of the Assistant United States Attorney or other attorney for the Government to whom

the case is assigned.

**DONE AND ORDERED** in the Southern District of Florida on April 14, 2026.

_____

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2